IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEDDY BRIAN SANCHEZ,**<br><br>Petitioner,<br><br>v.<br><br>**KEVIN CHAPPELL,**<br><br>Respondent. | Case No. 97-06134-AWI-SAB<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING REQUEST TO CONTINUE HEARING ON PETITIONER'S MOTION TO PRESERVE TESTIMONY<br><br>(ECF No. 152) |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT the hearing date for Petitioner's Motion to Preserve Testimony is continued from July 30, 2014 at 10:00 am. to September 10, 2014, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **July 3, 2014**

_____
UNITED STATES MAGISTRATE JUDGE