# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY BRIAN SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPEL, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:97-cv-06134-AWI-SAB<br><br>ORDER VACATING SEPTEMBER 10, 2014 HEARING<br><br>(ECF No. 150) |

Petitioner filed a motion to preserve testimony on June 25, 2014. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on September 10, 2014 at 10:00 a.m. in Courtroom 9 is HEREBY VACATED and the matter is taken under submission. The parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **September 9, 2014**

UNITED STATES MAGISTRATE JUDGE

1