# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY BRIAN SANCHEZ,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:97-CV-06134 AWI-SAB<br><br>DEATH PENALTY CASE<br><br>SCHEDULING ORDER UPON MOTION FOR RECONSIDERATION<br><br>(ECF No. 172) |

On August 19, 2015, Petitioner filed a motion for Rule 59(e) reconsideration of this Court's July 23, 2015 memorandum and order denying motions for evidentiary hearing and to preserve testimony and denying habeas petition and granting certificate of appealability for claims 8, 59 and 61.

This order provides scheduling for the reconsideration motion, which shall be addressed by District Judge Anthony Ishii.

Accordingly, it is HEREBY ORDERED that:

1. Respondent's opposition to the motion, if any, shall be filed not later than thirty (30) days following the filed date of this order,

2. Petitioner's reply to the opposition, if any, shall be filed not later than fifteen (15)

1

days following the filed date of Repondent's opposition, and

3.      The parties will be notified by minute order if a hearing is necessary.

IT IS SO ORDERED.

Dated:  **August 21, 2015**

UNITED STATES MAGISTRATE JUDGE