# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY BRIAN SANCHEZ, | Case No. 1:97-CV-06134 AWI-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER DENYING AS MOOT PARTIES' MOTION FOR BRIEFING SCHEDULE |
| RON DAVIS, Warden of San Quentin State Prison, | (ECF No. 173) |
| Respondent. | |

Before the Court is the parties' motion seeking a stipulated schedule for briefing of Petitioner's August 19, 2015, motion for Rule 59(e) reconsideration of this Court's July 23, 2015 memorandum and order denying motions for evidentiary hearing and to preserve testimony and denying habeas petition and granting certificate of appealability for claims 8, 59 and 61.

On August 24, 2015, the Court issued an order providing scheduling for Petitioner's motion for reconsideration. (ECF No. 174.)

Accordingly, it is HEREBY ORDERED that the parties' motion for a stipulated schedule

1

for briefing Petitioner's motion for reconsideration (ECF No. 173) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **August 25, 2015**

UNITED STATES MAGISTRATE JUDGE